IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| KYLE KLEUSKENS, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 3:13-CV-00250 |
| | ) |
| v. | ) Judge Timothy S. Black |
| | ) |
| PERFORMANT RECOVERY, INC., | ) |
| ET AL., | ) **ORDER** |
| | ) |
| Defendants. | ) |

Based upon the Stipulation of the Parties, and for good cause shown, all claims of Plaintiff KYLE KLEUSKENS against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiff KYLE KLEUSKENS and Defendants PERFORMANT RECOVERY, INC.; and DOES 1 to 10, inclusive shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 10/29/2013

*Timothy S. Black*
Judge Timothy S. Black